USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/24

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT AMERICAN SECURITY INSURANCE COMPANY, <br><br> Plaintiff <br><br> v. <br><br> QUONTIC BANK and QUONTIC BANK HOLDINGS CORP., <br><br> Defendant. | Case No. 22-cv-7188 <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned case is voluntarily dismissed, without prejudice, against the defendants Quontic Bank and Quontic Bank Holdings Corp. pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Date:   New York, New York
        June 14, 2024

CLYDE & CO US LLP

*/s/ Katelin O'Rourke Gorman*

Katelin O'Rourke Gorman
Lauren Elizabeth Boulbol
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Telephone: (212) 710-3900
Facsimile: (212) 710-3950
Email: katelin.gorman@clydeco.us
       lauren.boulbol@clydeco.us

*Attorneys for Plaintiff Great American Security Insurance Company*

HUNTON ANDREWS KURTH LLP

*/s/ Kevin V. Small*

Kevin V. Small
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1226
Facsimile: (212) 309-1878
Email: ksmall@HuntonAK.com

*Attorneys for Defendants Quontic Bank and Quontic Bank Holdings Corp.*

Application GRANTED.  The Clerk of Court is respectfully directed to terminate the case.

SO ORDERED.                    6/14/24

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE